Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

FILED
ASHEVILLE, N. C.
JUN 2 2 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.

Crim. No. 2:04M15

Bruce Eugene ELLIOT

On 2/24/04 the above named individual was placed on Probation for a period of 18 months. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Bruce Eugene ELLIOT be discharged from supervision.

Respectfully submitted,

Mark D. Corbin
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Date this __21__ day of __June__, 20__05__.

Dennis Lee Howell
U.S. Magistrate Judge